# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| DRS Global Enterprise Solutions, Inc. | ) ASBCA No. 61368 |
| | ) |
| Under Contract No. DAAB07-03-D-B013 *et al.* | ) |

APPEARANCES FOR THE APPELLANT:  David Z. Bodenheimer, Esq.
Skye Mathieson, Esq.
  Crowell & Moring LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:  Arthur M. Taylor, Esq.
  DCMA Chief Trial Attorney
Michael T. Patterson, Esq.
  Trial Attorney
  Defense Contract Management Agency
  Chantilly, VA

## ORDER OF DISMISSAL

The dispute which is the subject of the appeal having been settled, the appeal is hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeal must be filed within 90 days of the date of this Order.

Dated: February 11, 2019

MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61368, Appeal of DRS Global Enterprise Solutions, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals